P3993425

TARANGINI PERSAUD, ON BEHALF OF HERSELF AND ALL OTHERS
SIMILARLY SITUATED
PLAINTIFF
- vs -
GUCCI AMERICA, INC., ETANO
DEFENDANT

U S DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
Docket No. 1:20-cv-09720-LJL

**Person to be Served**
KERING AMERICA'S INC.
150 TOTOWA ROAD
WAYNE, NJ 07470

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS IN A CIVIL ACTION AND COMPLAINT
**Service Data:**
Served Successfully **X**  Not Served _____  Date: 12/01/2020  Time: 12:04PM  Attempts: _____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

Shannon Yates

HUMAN RESOURCES CLERK

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: **30**   APP. HT: **5'4**   APP. WT: **165**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
____ day of Dec, 2020

[signature]

**TINA GIORDANO**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission # 2428940**
**My Commission Expires 1/17/2023**

I, GLADIMAR ROBLES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Process Server                  Date

Client File Number:

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300