UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARANGINI PERSAUD, on behalf of herself and all others similarly-situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>GUCCI AMERICA, INC. and KERING AMERICA'S, INC.,<br><br>                    Defendants. | Docket No.: 20-cv-9720 (LJL)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff TARANGINI PERSAUD, as well as the two opt-in Plaintiffs, Urvi Tiwari and Christie Cugini, by and through their undersigned counsel of record, hereby give notice that the above-captioned action is voluntarily dismissed, <u>without prejudice</u>, against Defendants GUCCI AMERICA, INC. and KERING AMERICA'S, INC., who have neither served an Answer nor filed a motion for summary judgment in this action. This notice is not being submitted pursuant to a settlement, but rather in response to the existence of arbitration agreements between the parties.

Dated: New York, New York
       December 22, 2020

                                                     Respectfully submitted,

                                                     STEVENSON MARINO LLP
                                                     *Attorneys for Plaintiffs*
                                                     75 Maiden Lane, Suite 402
                                                     New York, New York 10038
                                                     (212) 939-7229

                                                     _____
                                                     Jeffrey R. Maguire, Esq. (JM 1982)